## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

<u>Federal Home Loan Mortgage Corporation, et al</u>

    v.                                  Civil No. 11-cv-575-SM

<u>Thomas Desmet, et al</u>

### ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

The Exhibit A attached to the [1] Notice of Removal in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a).   Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in this Exhibit.   Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Exhibit A attached to the [1] Notice of Removal, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

**SO ORDERED**.

                                                 /s/ Landya B. McCafferty
                                                 Landya B. McCafferty
                                                 United States Magistrate Judge

Date:   December 14, 2011

cc:    Daniel P. Murphy, Esq.
        Jill S. Cook, Esq.
        Thomas Desmet, pro se
        Ahva Desmet, pro se