UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Federal Home Loan Mortgage
Corporation and State of New Hampshire

v.                                                    Case No. 11-cv-575-SM

Thomas Desmet and Ahva Desmet

O R D E R

The Court, after having reviewed the defendant's Notice of Default and Objection, Notice in the Nature of A Partition for Summary Judgment and Quiet Title (document no. 9), has construed the pleading to be an objection to the Report and Recommendation (document no. 8). After having considered the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated February 21, 2012, for the reasons set forth therein. The civil and criminal cases that the defendants seek to remove are summarily remanded back to the New Hampshire Circuit Court, 10th Circuit, District Division, Plaistow, New Hampshire.

SO ORDERED.

March 15, 2012
_____
Steven J. McAuliffe
United States District Judge

cc:   Thomas Desmet, pro se
      Ahva Desmet, pro se
      Mark A. Darling, Esq.
      Daniel P. Murphy, Esq.
      Jill S. Cook, Esq.